# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY MONROE HICKS, | ) |
| Petitioner, | ) ) ) ) |
| v. | ) Case No. CIV 07-238-JHP-KEW ) |
| JUSTIN JONES, | ) ) ) |
| Respondent. | ) |

## ORDER OF CERTIFICATION AND NOTICE
## TO THE ATTORNEY GENERAL FOR THE STATE OF OKLAHOMA

This Certification and Notice is served upon the Attorney General for the State of Oklahoma, pursuant to Rule 24(c) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2403(b). This court certifies that Petitioner Billy Monroe Hicks in this case has challenged the constitutionality of an Oklahoma statute designated as Okla. Stat. tit. 57, § 564.1(E), which concerns the judicial review of prison disciplinary proceedings that result in the revocation of earned credits. The challenged portion of the statute provides:

> E. The judicial review as provided in this section shall not be an independent assessment of the credibility of any witness or a weighing of the evidence, and there shall be no right to an error free proceeding or to confront accusers. The only remedy to be provided, if the court finds due process was not provided, is an order to the Department to provide due process.

This court perceives this statute as one which "affects the public interest," which would engage the State of Oklahoma's right of intervention in the action. Therefore, the Attorney General for the State of Oklahoma is hereby notified of the constitutional challenge present in this case and of the right of the State of Oklahoma to intervene in this action. Therefore, to maintain the orderly progression of this case, the Attorney General shall file

either a petition for intervention or a statement declining intervention no later than **July 13, 2009.** FAILURE TO FILE EITHER DOCUMENT WILL BE DEEMED A DECLINATION BY THE STATE TO INTERVENE IN THIS ACTION, AND THE CASE WILL PROCEED WITHOUT FURTHER DELAY.

**IT IS SO ORDERED** this 18th day of June 2009.

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE