IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| BILLY MONROE HICKS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. 07-CV-238-JHP-KEW |
| JUSTIN JONES, DOC DIRECTOR, | ) | |
| Respondent. | ) | |

### ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 7, 2009, the United States Magistrate Judge entered her Report and Recommendation in regard to Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1]. The Magistrate Judge recommended the petition be dismissed. The Petitioner has filed no objections to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on October 7, 2009, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS SO ORDERED** this 13th day of January, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma