# UNITED STATES DISTRICT COURT

EASTERN                    DISTRICT OF                    OKLAHOMA

BILLY MONROE HICKS,                          **JUDGMENT IN A CIVIL CASE**

V.

JUSTIN JONES, DOC DIRECTOR          Case Number:        CIV-07-238-JHP-KEW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is, in all respects, DISMISSED.

1/13/2010
_____
Date

WILLIAM B. GUTHRIE
_____
Clerk

s/ C.Trzcinski
_____
(By) Deputy Clerk